5300 South Shore Drive
Suite 100
Chicago, IL 60615

December 17, 2007

Federal Court for the Northern District of Illinois
CM/ECF Administrator
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE: Request for Refund of Filing Fee

To Whom it May Concern:

      Please credit the credit card to which Pay.gov Tracking ID: 24UEVLNL and Payment Agency Tracking ID: 2378895 was billed as no complaint was ever attached to the receipt because the case that was to be filed was done so under Pay.gov Tracking ID: 24UEVM2Q and Payment Agency Tracking ID: 2378961.   The $350.00 charged for receipt number 2378895 was done so in error as only one complaint was intended to be filed at that time.  Please inform us as to when this credit will be issued and this request has been processed.

Sincerely,

Law Offices of Chadwick & Lakerdas