UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| ALEXX LEE, <br><br>                               Plaintiff, <br>   v. <br><br> JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON, <br><br>                               Defendants. | No.  07 C 6856 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON**

| |
|---|
| **SIGNATURE** <br><br> s/Larry S. Kowalczyk |
| **FIRM** <br><br> Querrey & Harrow, Ltd. |
| **STREET ADDRESS** <br><br> 175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP** <br><br> Chicago, IL 60604 |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS**) <br> 06225367 | **TELEPHONE NUMBER** <br> 312/540-7000 |
|---|---|

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES   X          NO** |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES              NO   X** |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES   X          NO** |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> **YES X       NO** |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL                            APPOINTED COUNSEL** |