UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| ALEXX LEE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>Defendants. | No.   07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON**

| **SIGNATURE**  s/Mary E. McClellan ||
|---|---|
| **FIRM**  Querrey & Harrow, Ltd. ||
| **STREET ADDRESS**  175 West Jackson Boulevard, Suite 1600 ||
| **CITY/STATE/ZIP**  Chicago, IL 60604 ||
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**  6283486 | **TELEPHONE NUMBER**  312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES          NO  X** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES  X       NO** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES     NO  X** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                APPOINTED COUNSEL** ||