UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| ALEXX LEE,<br><br>                            Plaintiff,<br>  v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>                            Defendants. | No.   07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**VILLAGE OF DOLTON**

| SIGNATURE |  |
|---|---|
| s/Dominick L. Lanzito | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6277856 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES           NO  X** | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES           NO  X** | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES           NO  X** | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES        NO  X** | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                      APPOINTED COUNSEL** | |