50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON, <br><br> Defendants. | No. 07 C 6856 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Denlow |

### NOTICE OF FILING

TO: Sturgis E. Chadwick, III
Chadwick & Lakerdas
5300 South Shore Drive
Suite 100
Chicago, IL 60615

PLEASE TAKE NOTICE THAT on January 8, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANT VILLAGE OF DOLTON'S ANSWER TO PLAINTIFF'S COMPLAINT.**

VILLAGE OF DOLTON

By: s/Larry S. Kowalczyk
Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
I.D. #06225367

### PROOF OF SERVICE

I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on January 8, 2008.

[x]   Under penalties as provided by law pursuant
      to ILL. REV. STAT CHAP. 110, SEC. 1-109,
      I certify that the statements set forth herein
      are true and correct.
                    s/Larry S. Kowalczyk