IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON, <br><br> Defendants. | No. 07 C 6856 |

### NOTICE OF FILING

Please take notice that on January 30, 2008, we filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **JOINT INTIAL STATUS REPORT** and **JOINT JURISIDCTIONAL STATEMENT**.

Respectfully submitted,

STURGIS E. CHADWICK, III
Lead Trial Counsel for Plaintiff, Alexx Lee

BY: /s/ Larry S. Kowalczyk
LAWRENCE S. KOWALCZYK
Lead Trial Counsel for Defendant, Village of Dolton

Law Offices of
**CHADWICK & LAKERDAS**
5300 South Shore Drive, Suite 100
Chicago, IL 60615
Counsel for Plaintiff
(773) 955-1088

Law Offices of
**QUERREY & HARROW, LTD.**
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
Counsel for Defendant, Village of Dolton
312-540-7000