# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6856 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Lee vs. McNeal | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/10/08 at 9:00 a.m. Plaintiff's expert disclosure and reports shall be served by 05/09/08. Defendants' expert disclosures and reports shall be served by 05/23/08. All discovery shall be noticed in time to be completed by 06/06/08. Dispositive motions are to be filed by 07/15/08. Responses to the dispositive motions, if any, are to be filed by 07/29/08 and replies, if any, are to be filed by 08/05/08. As stated on the record, Defendant Joseph McNeal is given 14 days to answer plaintiff's complaint. In the event the parties believe a settlement conference with the Court would be useful, counsel are directed to follow Judge Der-Yeghiayan's settlement conference procedures as outlined on his web page.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|