50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>        Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

### NOTICE OF FILING

TO: Sturgis E. Chadwick, III
   Chadwick & Lakerdas
   5300 South Shore Drive, Suite 100
   Chicago, IL  60615

  PLEASE TAKE NOTICE THAT on February 19, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANT JOSEPH McNEAL'S ANSWER TO PLAINTIFF'S COMPLAINT.**

        JOSEPH McNEAL, Defendant

      By: s/Larry S. Kowalczyk
        Larry S. Kowalczyk
        Querrey & Harrow, Ltd.
        175 West Jackson Blvd., Suite 1600
        Chicago, IL  60604-2827
        (312) 540-7000
        I.D. #06225367

### PROOF OF SERVICE

  I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on February 19, 2008.

[x] Under penalties as provided by law pursuant
   to ILL. REV. STAT CHAP. 110, SEC. 1-109,
   I certify that the statements set forth herein
   are true and correct.
         s/Larry S. Kowalczyk