UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| ALEXX LEE,<br><br>                             Plaintiff,<br><br>     v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>                             Defendants. | No.  07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**JOSEPH McNEAL**

| SIGNATURE |  |
|---|---|
| s/Mary E. McClellan | |
| **FIRM** | |
| Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** | |
| 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6283486 | **TELEPHONE NUMBER**<br>312/540-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO  X |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES  X          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES      NO  X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL                    APPOINTED COUNSEL |