50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br>        Plaintiff,<br>  v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>        Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan |

## MOTION TO COMPEL OR EXTEND DISCOVERY

NOW COME Defendants, OFFICER JOSEPH MCNEAL and the VILLAGE OF DOLTON, by and through their attorneys, QUERREY & HARROW, LTD., and move this Honorable Court to compel plaintiff's deposition to proceed before the June 6, 2008 fact discovery deadline, or in the alternative to extend discovery 14 days (until June 20, 2008) for completion of same. In support thereof, Defendants state as follows:

1.     This matter involves a civil rights claim surrounding a shooting incident that occurred on July 10, 2007. Written discovery on this matter has been completed and plaintiff's deposition had been noticed to proceed May 6, 2008.

2.     At the request of plaintiff's counsel the May 6, 2008 deposition was continued to May 14th and then reset to May 13, 2008. On May 13, 2008, plaintiff's counsel indicated the deposition of the plaintiff could not proceed as Mr. Lee had been recently incarcerated and released by the Illinois Department of Corrections and he could not violate conditions of parole.

3.     Discovery closes on this case June 6, 2008 and this matter is set for status on June 10, 2008. Defendant respectfully requests that this Honorable Court grant Defendants' Motion to

Compel the deposition of the Plaintiff Alexx Lee to proceed before the June 6th deadline or in the alternative for a fourteen (14) day extension of the discovery deadline (to June 20, 2008) to complete same.   The parties have conferenced pursuant to Rule 37.2 via telephone conference the morning of May 13, 2008, prior to bringing said motion.

WHEREFORE, Defendants OFFICER JOSEPH McNEAL and the VILLAGE OF DOLTON, respectfully request this Honorable Court to grant Defendants' Motion to Compel or Extend Discovery for the reasons stated above, and for any other relief the Court deems proper.

>                    Respectfully submitted:
>
>                    OFFICER JOSEPH McNEAL and
>                    VILLAGE OF DOLTON
>
>
>             By:    /s/ Larry S. Kowalczyk
>                        One of its attorneys

Larry S. Kowalczyk #06225367
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, IL  60604
Phone:  (312) 540-7000
Fax:  (312) 540-0578


Document #: 1327361