50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE,

                          Plaintiff,

   v.

JOSEPH McNEAL, INDIVIDUALLY and IN HIS
OFFICIAL CAPACITY AS AN AGENT OF DOLTON
POLICE DEPARTMENT and VILLAGE OF DOLTON,
and VILLAGE OF DOLTON,

                        Defendants.

No. 07 C 6856

Judge Der-Yeghiayan

Magistrate Judge Denlow

**NOTICE OF MOTION**

TO:    Sturgis E. Chadwick, III
        Chadwick & Lakerdas
        5300 South Shore Drive, Suite 100
        Chicago, IL  60615

      On **May 20, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge  Der-Yeghiayan** or any Judge sitting in his stead, in **Room 1903** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendants' Motion to Compel or Extend Discovery.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendants | Officer Joseph McNeal and the Village of Dolton |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

**PROOF OF SERVICE**

      I, Larry S. Kowalczyk, depose and state that I served this Notice of Motion, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on May 13, 2008.

[x]      Under penalties as provided by law pursuant
        to ILL. REV. STAT CHAP. 110, SEC. 1-109,
        I certify that the statements set forth herein
        are true and correct.

                        s/Larry S. Kowalczyk