# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Alexx Lee

                          Plaintiff,

v.                                          Case No.: 1:07−cv−06856
                                            Honorable Samuel Der−Yeghiayan

Joseph McNeal, et al.

                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

     MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendants' motion to compel deposition of the plaintiff [20] is denied as moot. Defendants' alternative motion for extension of time to complete discovery [20] is granted as follows: All discovery shall be noticed in time to be completed by 06/20/08. Dispositive motions are to be filed by 07/25/08. Responses to the dispositive motions, if any, are to be filed by 08/08/08 and replies, if any, are to be filed by 08/15/08. Status hearing reset to 09/24/08 at 9:00 a.m. Status hearing set for 06/10/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.