50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br>    Plaintiff,<br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>    Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, VILLAGE OF DOLTON and JOSEPH MCNEAL, by and through their attorneys, Larry S. Kowalczyk and Mary E. McClellan, hereby move pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of summary judgment in their favor and against the Plaintiff. In support thereof, the Defendants provide and incorporate by reference herein the following:

1. The Defendants' Local Rule 56.1 Statement of Undisputed Facts;

2. Supporting Exhibits 1 through 10;

3. The Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment.

WHEREFORE, the Defendants, VILLAGE OF DOLTON and JOSEPH MCNEAL, respectfully pray that this Honorable Court enter an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of the Defendants and against the Plaintiff.

Respectfully submitted,

Village of Dolton and Joseph McNeal


By: /s/ Larry S. Kowalczyk, Esq.
One of Their Attorneys


Larry S. Kowalczyk, Esq. (# 6225367)
Mary E. McClellan, Esq. (# 6283486)
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone: 312-540-7544


Document #: 1344849