50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>  Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

**EXHIBITS TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit No. 1   Plaintiff Complaint

Exhibit No. 2   Deposition of Alexx Lee

Exhibit No. 3   Deposition of Joseph McNeal

Exhibit No. 4   Deposition of John Frasure

Exhibit No. 5   Dolton Police Department General Order #94-18 – Use of Force

Exhibit No. 6   Deposition of Major Coleman

Exhibit No. 7   Deposition of Marlon Harriss

Exhibit No. 8   Deposition of Anthony Bankhead

Exhibit No. 9   Rules and Regulations for the Police Department of the Village of Dolton

Exhibit No. 10  Affidavit of Guy Lindsay

Exhibits are too voluminous to file electronically. Hard copy of all exhibits served on all parties and Court.

Document #: 1345483

**EXHIBITS 1 THROUGH 10 TO THIS DOCUMENT HAVE BEEN FILED IN PAPER FORMAT WITH THE COURT DUE TO THEIR VOLUMINOUS SIZE**