50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br><br>                Plaintiff,<br><br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>                Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

## NOTICE OF FILING

TO:    Sturgis E. Chadwick, III
          Chadwick & Lakerdas
          5300 South Shore Drive, Suite 100
          Chicago, IL 60615

    PLEASE TAKE NOTICE THAT on July 25, 2008, we filed Exhibits 1 through 10 to Defendants' Local Rule 56.1 Statement of Undisputed Facts in Support of their Motion for Summary Judgment with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, as said exhibits were too voluminous for e-filing.

                              Defendants, VILLAGE OF DOLTON and JOSEPH McNEAL

                              By:    s/Larry S. Kowalczyk
                                         Larry S. Kowalczyk
                                         Querrey & Harrow, Ltd.
                                         175 West Jackson Blvd., Suite 1600
                                         Chicago, IL 60604-2827
                                         (312) 540-7000
                                         I.D. #06225367

## PROOF OF SERVICE

    I, Larry S. Kowalczyk, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 25, 2008.

                                                    s/Larry S. Kowalczyk