IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE,  )
  )
    Plaintiff,  )
  )  No. 07 C 6856
vs.  )  Judge Der-Yeghiayan
  )  Magistrate Judge Denlow
JOSEPH MCNEAL, INDIVIDUALLY AND IN HIS  )
OFFICIAL CAPACITY AS AN AGENT OF DOLTON  )
POLICE DEPARTMENT and VILLAGE OF DOLTON,  )
and VILLAGE OF DOLTON,  )
  )
    Defendants.  )

## NOTICE OF FILING

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on the __6th__ day of __August__ 2008, Plaintiff caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, Appearance, a copy of which is attached hereto.

/s/ Michael G. Kelly
_____
Michael G. Kelly

## CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Appearance and Notice to the above attorneys at the above address by electronic filing on the __6th__ day of __August__ 2008___. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

**SERVICE LIST**

Lawrence S. Kowalczyk, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
lkowalczyk@querrey.com

Dominick L. Lanzito, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7592
dlanzito@querrey.com

Mary Elizabeth McClellan, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7516
(312) 540-0578(FAX)
mmcclellan@querrey.com