IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE,

　　　　Plaintiff,

　vs.

JOSEPH MCNEAL, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS AN AGENT OF DOLTON
POLICE DEPARTMENT and VILLAGE OF DOLTON,
and VILLAGE OF DOLTON,

　　　　Defendants.

）
）
）
）
）
）
）
）
）
）
）
）

No. 07 C 6856
Judge Der-Yeghiayan
Magistrate Judge Denlow

**ORDER**

This matter having come before this Court on Plaintiff's Combined Motion To
Proceed With Further Discovery And Extension Of Time To Respond to Defendants'
Motion For Summary Judgment, all parties having due notice, and the Court having
been fully advised of the matter,

IT IS HEREBY ORDERED:

1.　Plaintiff's Combined Motion To Proceed With Further Discovery And
Extension Of Time To Respond to Defendants' Motion For Summary
Judgment Is Granted.

2.　Parties are allowed until October 13, 2008 to complete discovery.

3.　Plaintiff shall file response to Defendants' Motion For Summary Judgment
on or before November 13, 2008.

_____
UNITED STATES DISTRICT COURT
JUDGE

Date: _____, 2008