IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE,

    Plaintiff,

vs.

JOSEPH MCNEAL, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS AN AGENT OF DOLTON
POLICE DEPARTMENT and VILLAGE OF DOLTON,
and VILLAGE OF DOLTON,

    Defendants.

)
)
)
)
)
)
)
)
)
)

No. 07 C 6856
Judge Der-Yeghiayan
Magistrate Judge Denlow

## NOTICE OF MOTION

**TO:**     See attached service list

Please Take Notice that on __August 12, 2008__ at __9:00 A.M.__ or as soon thereafter Counsel for Plaintiff shall appear before the Honorable Judge Der-Yeghiayan__ in room __1903__ of the United States District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL, and shall then and there present the attached Combined Motion To Proceed With Further Discovery and Extension Of Time To Respond To Defendants' Motion For Summary Judgment.

By:/s/ Michael G. Kelly
_____
Michael G. Kelly

## CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Combined Motion To Proceed With Further Discovery and Extension Of Time To Respond To Defendants' Motion For Summary Judgment and Notice to the above attorneys at the above addresses by electronic filing on the __6th__ day of __August__ 2008__. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS

5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

**SERVICE LIST**

Lawrence S. Kowalczyk, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
lkowalczyk@querrey.com

Dominick L. Lanzito, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7592
dlanzito@querrey.com

Mary Elizabeth McClellan, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7516
(312) 540-0578(FAX)
mmcclellan@querrey.com