# EXHIBIT 1

50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON, <br><br> Defendants. | No. 07 C 6856 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Denlow |

## CERTIFICATE OF SERVICE

TO:  Sturgis E. Chadwick, III
     Chadwick & Lakerdas
     5300 South Shore Drive, Suite 100
     Chicago, IL 60615

The following documents were served:

**Defendant Village of Dolton's Answers to Plaintiff's Interrogatories; and
Defendant Village of Dolton's Responses to Plaintiff's Request for Production.**

I, Bridget McInnes, served the above referenced document and this certificate of service by mailing a copy to the above named attorney(s) at their respective address(es) and deposited the same in the U.S. Mail at 175 West Jackson Blvd., Chicago, Illinois, at 5:00 p.m., on April 1, 2008, with proper postage prepaid.

_/s/ Bridget McInnes_

Document #: 1316341