50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ALEXX LEE,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>        Defendants. | | No. 07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

**NOTICE OF FILING**

TO:    Sturgis E. Chadwick, III
       Chadwick & Lakerdas
       5300 South Shore Drive, Suite 100
       Chicago, IL  60615

PLEASE TAKE NOTICE THAT on August 7, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S COMBINED MOTION TO PROCEED WITH FURTHER DISCOVERY AND EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

Defendants, VILLAGE OF DOLTON AND OFFICER
JOSEPH McNEAL

By:    s/Larry S. Kowalczyk_____
       Larry S. Kowalczyk
       Querrey & Harrow, Ltd.
       175 West Jackson Blvd., Suite 1600
       Chicago, IL  60604-2827
       (312) 540-7000
       I.D. #06225367

**PROOF OF SERVICE**

I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on August 7, 2008.

[x]    Under penalties as provided by law pursuant
       to ILL. REV. STAT CHAP. 110, SEC. 1-109,
       I certify that the statements set forth herein
       are true and correct.
                    s/Larry S. Kowalczyk_____