# AFFIDAVIT of
# Sturgis E. Chadwick, III

I, Sturgis E. Chadwick, III first duly sworn on oath states the following:

1. That plaintiff Alexx Lee has ordered but not yet received all of the deposition transcripts of persons who were present or claimed to be present when the unarmed plaintiff was shot.

2. That absent the above referenced transcripts plaintiff cannot adequately respond to defendants' motion for summary Judgment

3. That plaintiff Alexx Lee needs additional time to locate witness to the shooting to secure affidavits that may counter defendants' motion for Summary Judgment.

4. That plaintiff Alexx Lee now needs to depose Chief of Police, David Walker and Guy Lindsay to determine if defendant McNeal complied with order No. 94-18 Use of Force.

5. That plaintiff's opposition to defendants' Motion to Summary Judgment is meritorious since their are several genuine issues of material facts including whether it was reasonable for officer McNeal to believe that there was an immediate threat of serious bodily injury. Order 94-18 only allows an officer to use deadly force when he reasonably believes there is an immediate threat of death and serious bodily harm. The witnesses named in the plaintiff's Motion to proceed with further discovery and for an extension of time to respond have information regarding the scene of the incident and whether it was reasonable for an officer to believe there was an immediate threat of death or serious bodily harm.

Further Affidavit Sayeth not.

Sturgis E. Chadwick, III

Subscribed and sworn before me this 11th day of August, 2008

*[signature]*
Notary Public

*[Notary seal: OFFICIAL SEAL / DONNA J ALLISON / NOTARY PUBLIC - STATE OF ILLINOIS / MY COMMISSION EXPIRES:10/06/09]*