IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE, )
        Plaintiff, )
         ) No. 07 C 6856
vs. ) Judge Der-Yeghiayan
         ) Magistrate Judge Denlow
JOSEPH MCNEAL, INDIVIDUALLY AND IN HIS )
OFFICIAL CAPACITY AS AN AGENT OF DOLTON )
POLICE DEPARTMENT and VILLAGE OF DOLTON, )
and VILLAGE OF DOLTON, )
        Defendants. )

## NOTICE OF FILING

TO:    See Attached Service List

    **PLEASE TAKE NOTICE** that on the __11th__ day of August _____ 2008, Plaintiff caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, Affidavit Of Sturgis E. Chadwick, III, a copy of which is attached hereto.

/s/ Michael G. Kelly
_____
Michael G. Kelly

## CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of Affidavit and Notice to the above attorneys at the above address by electronic filing on the __11th__ day of __August__ 2008____. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served.

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615

# SERVICE LIST

(773)955-1088

Lawrence S. Kowalczyk, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
lkowalczyk@querrey.com

Dominick L. Lanzito, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7592
dlanzito@querrey.com

Mary Elizabeth McClellan, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7516
(312) 540-0578(FAX)
mmcclellan@querrey.com