IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ALEXX LEE,

   Plaintiff,

vs.

JOSEPH MCNEAL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,

   Defendants.

)
)
)  No. 07 C 6856
)  Judge Der-Yeghiayan
)  Magistrate Judge Denlow
)
)
)
)

## NOTICE OF FILING

TO: See Attached Service List

**PLEASE TAKE NOTICE** that on the 18th day of August 2008, Plaintiff caused to be filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, a copies of which is attached hereto.

1. Plaintiff's Memorandum in Support of Denial of Defendant's Motion for Summary Judgment.

2. Plaintiff's Exhibits for Memorandum in Support of Denial of Defendant' Motion For Summary Judgment.

3. Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Material Facts.

4. Plaintiff's Local Rule 56.1 Statement of Material Facts in Support of their Response for Denial of Summary Judgment

/s/ Sturgis E. Chadwick, III
_____
Sturgis E. Chadwick, III

/s/ Michael G. Kelly
_____
Michael G. Kelly

## CERTIFICATE OF SERVICE

The undersigned attorney, under penalty of perjury, certifies that he served a copy of and Notice to the above attorneys at the above address by electronic filing on the 18th day of August 2008. The Undersigned further certifies that copies of documents required to be served by Fed R. Civ.P. 5(a) have been served. Hard Copies of exhibits delivered by hand.

by: /s/ Sturgis E. Chadwick
_____
Sturgis E. Chadwick

by: /s/ Michael G. Kelly
_____
Michael G. Kelly

ARDC# 6273989
CHADWICK & LAKERDAS
5300 South Shore Dr. #100
Chicago, IL 60615
(773)955-1088

**SERVICE LIST**

Lawrence S. Kowalczyk, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
lkowalczyk@querrey.com

Dominick L. Lanzito, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7592
dllanzito@querrey.com

Mary Elizabeth McClellan, Esq.
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7516
(312) 540-0578(FAX)
mmcclellan@querrey.com