50253-LSK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALEXX LEE,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSEPH McNEAL, INDIVIDUALLY and IN HIS OFFICIAL CAPACITY AS AN AGENT OF DOLTON POLICE DEPARTMENT and VILLAGE OF DOLTON, and VILLAGE OF DOLTON,<br><br>           Defendants. | No. 07 C 6856<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Denlow |

**NOTICE OF FILING**

TO:   Sturgis E. Chadwick, III
      Chadwick & Lakerdas
      5300 South Shore Drive, Suite 100
      Chicago, IL  60615

   PLEASE TAKE NOTICE THAT on August 22, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT and DEFENDANTS' RESPONSE TO PLAINTIFF'S LOCAL RULE 56.1 ADDITIONAL FACTS OF THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

                    Defendants, VILLAGE OF DOLTON AND OFFICER
                    JOSEPH McNEAL

              By:   s/Larry S. Kowalczyk
                    Larry S. Kowalczyk
                    Querrey & Harrow, Ltd.
                    175 West Jackson Blvd., Suite 1600
                    Chicago, IL  60604-2827
                    (312) 540-7000
                    I.D. #06225367

**PROOF OF SERVICE**

   I, Larry S. Kowalczyk, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5. as to any party who is not a Filing User or represented by a Filing User on August  22, 2008.

[x]   Under penalties as provided by law pursuant
      to ILL. REV. STAT CHAP. 110, SEC. 1-109,
      I certify that the statements set forth herein
      are true and correct.
                          s/Larry S. Kowalczyk